IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE AVILA REYNOSO,<br><br>                Defendant. | 8:20CR180<br><br>ORDER |

This matter is before the court the defendant's Unopposed Motion to Continue [26]. Counsel seeks additional time to finalize plea negotiations and submit them to the court. For good cause shown,

    **IT IS ORDERED** that the defendant's Unopposed Motion to Continue [26] is granted, as follows:

1. The jury trial, now set for September 29, 2020, is continued to **November 10, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 10, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED: September 30, 2020.**

                                                                          BY THE COURT:

                                                                          s/Susan M. Bazis
                                                                          United States Magistrate Judge